1

2

3

4

5

6

7

8                      UNITED STATES DISTRICT COURT

9                     EASTERN DISTRICT OF CALIFORNIA

10

                            ----oo0oo----

11

12    CYNTHIA HOPSON,                    No. 2:18-cv-2808 WBS DB

13              Plaintiff,

14        v.                            ORDER REFERRING CASE TO VDRP AND
                                        STAYING PROCEEDINGS
15    KNOWLES AUTO PARTS-WATERLOO,
      INC., as an entity and doing
16    business as "Knowles Auto
      Parts"; LUIS G. SANTIAGO; and
17    DOES 1-50, inclusive

18              Defendants.

19

20                          ----oo0oo----

21        The court has determined that this case is appropriate

22   for an early settlement conference and will refer the action to

23   the court's Voluntary Dispute Resolution Program ("VDRP").

24        IT IS THEREFORE ORDERED that:

25        1.   Within fourteen (14) days of this Order, the

26   parties shall contact the court's VDRP administrator, Sujean

27   Park, at (916) 930-4278 or SPark@caed.uscourts.gov, to start the

28
                                  1

1  process of selecting an appropriate neutral.  The parties shall

2  carefully review and comply with Local Rule 271, which outlines

3  the specifications and requirements of the VDRP.

4        2.    Any party that objects to this referral to the

5  VDRP shall file its objections within seven (7) days of this

6  Order.  Such objections shall clearly outline why that party

7  believes that the action is not appropriate for referral to the

8  VDRP.

9        3.    To avoid the unnecessary expenditure of costs and

10  attorneys' fees, this action is hereby stayed to provide the

11  parties time to complete the VDRP session.  No later than five

12  (5) days after completion of the VDRP session, the parties shall

13  file a joint statement indicating whether a settlement was

14  reached.

15        4.    The parties shall complete the VDRP session no

16  later than May 24, 2019.  The court hereby resets the Status

17  (Pretrial Scheduling) Conference for June 24, 2019.  If a

18  settlement is not reached through VDRP, the parties shall submit

19  an Amended Joint Status Report no later than June 10, 2019.

20        IT IS SO ORDERED.

21

22  Dated:  March 11, 2019

23                                    _____
                                     WILLIAM B. SHUBB
24                                   UNITED STATES DISTRICT JUDGE

25

26

27

28